NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of A.S., a child.
_____

S.B.,

        Appellant,

v.                                                            Case No. 2D18-3267

DEPARTMENT OF CHILDREN AND
FAMILIES,

        Appellee.
_____

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Lee
County; Robert J. Branning, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Rose Eda Lee,
Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional Counsel,
Fort Myers, for Appellant.

Meredith K. Hall, Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.


PER CURIAM.

        Affirmed.

NORTHCUTT, MORRIS, and SALARIO, JJ., Concur.